**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-CV-03276-CMA-MEH

**LISA D. ESTRADA and CALVIN C. WALKER**, on behalf of themselves individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

**CONVERGYS CORPORATION** and **CONVERGYS CUSTOMER MANAGEMENT GROUP INC.**,

    Defendants.

**JOINT MOTION FOR APPROVAL OF SETTLEMENT
AGREEMENT AND RELEASE OF CLAIMS**

Plaintiffs Lisa D. Estrada and Calvin C. Walker ("Plaintiffs") and Defendants Convergys Corporation and Convergys Customer Management Group, Inc. ("Defendants") jointly move this Court to approve the Settlement Agreement and Release of Claims, which resolves all issues between the parties in this lawsuit. An executed copy of the Agreement is attached as Exhibit 1. For the reasons stated in the Agreement, the settlement is a fair and reasonable compromise of disputed claims, and good cause and compelling reasons exist for granting this Joint Motion and approving the settlement. The Agreement does not become final and effective until the Court approves the Agreement. A proposed, stipulated order approving the settlement and dismissing this action with prejudice is attached as Exhibit 2.

WHEREFORE, the parties request the Court to approve the Settlement Agreement and Release of Claims.

Respectfully submitted,

| SAWAYA & MILLER LAW FIRM | FROST BROWN TODD LLC |
|---|---|
| *s/ David H. Miller* | *s/ Eugene Droder III* |
| David H. Miller | Eugene Droder III |
| Leslie Krueger-Pagett | 3300 Great American Tower |
| 1600 Ogden Street | 301 East Fourth Street |
| Denver, Colorado 80218 | Cincinnati, Ohio 45202-4182 |
| Tel:  303.839.1650 | Tel:  513.651.6800 |
| Fax:  303.235.4380 | Fax:  513.651.6981 |
| dmiller@sawayalaw.com | edroder@fbtlaw.com |
| lpagett@sawayalaw.com | |
| | |
| Attorneys for Plaintiffs Lisa D. Estrada and Calvin C. Walker | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | |
| | Steven W. Moore |
| | Stacy D. Mueller |
| | 1700 Lincoln Street, Suite 4650 |
| | Denver, Colorado 80203 |
| | Tel:  303.764.6800 |
| | Fax:  303.831.9246 |
| | steven.moore@ogletreedeakins.com |
| | stacy.mueller@ogletreedeakins.com |
| | |
| | Attorneys for Defendants Convergys Corporation and Convergys Customer Management Group Inc. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of January, 2014, I electronically filed the foregoing **JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

>David H. Miller
>Leslie Krueger-Pagett
>Sawaya & Miller Law Firm
>dmiller@sawayalaw.com
>lpagett@sawayalaw.com
>
>Attorneys for Plaintiffs

                                                   /s/ Eugene Droder III