IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 12-cv-03276-CMA-MEH

LISA D. ESTRADA, and
CALVIN C. WALKER, Individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

CONVERGYS CORPORATION, and
CONVERGYS CUSTOMER MANAGEMENR GROUP, INC.,

      Defendants.

## ORDER APPROVING SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE

This matter is before the Court on the parties' Joint Motion for Approval of Settlement Agreement and Release of Claims.  (Doc. # 26.)  The Court finds that good cause and compelling reasons exist to grant the parties' Joint Motion.

The Court has reviewed the parties' Joint Motion and the parties' Settlement Agreement and Release of Claims ("Agreement"), which was filed contemporaneously with the Joint Motion.  (Doc. # 26-1.)  The Court finds that the parties' settlement is the result of arms-length negotiations involving experienced counsel, and, therefore, is not the product of fraud, collusion, or overreaching.  The Court thus finds that the parties' settlement is a fair and reasonable compromise of disputed claims.  It is, therefore,

ORDERED that the Agreement between the parties is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE.

DATED: January 22, 2014

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge